# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) |
| Plaintiff, | ) Case No. 20-cv-2177 ) ) Honorable Marvin E. Aspen |
| AKRON GENERICS, LLC and JOHN DOES 1-10 | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Glen Ellyn Pharmacy, Inc., by and through its attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached a settlement which will resolve the case on an individual basis. Plaintiff expects to complete the settlement within the next 60 (sixty) days and file a Stipulation to Dismiss with prejudice.

In consideration thereof, the Parties respectfully request that this Court strike all pending dates and deadlines in this matter including, but not limited to, the Status Hearing currently scheduled for December 17, 2020 at 10:30 a.m..

    Respectfully submitted

    */s/ Dulijaza Clark*
    Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

  I, Dulijaza Clark, hereby certify that on December 8, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which shall cause delivery via email to all counsel of record.

                */s/ Dulijaza Clark*
                Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
**EDELMAN, COMBS, LATTURNER**
**& GOODWIN, LLC**
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
E-mail for Service:
courtecl@edcombs.com